# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 5:17-cv-00655-WDK-PLA | Date | December 6, 2017 |
|---|---|---|---|
| Title | J & J Sports Productions, Inc. v. Gurmail Singh, et al. | | |

| Present | The Honorable William D. Keller, United States District Judge |
|---|---|

| Cheryl Wynn | None |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) ORDER TO SHOW CAUSE**

Pursuant to the Notice of Settlement filed September 11, 2017 (DE [30]), this case has completely settled. The Court issued a notice to plaintiff counsel on September 13, 2017 that the stipulated dismissal, or notification that settlement is no longer feasible, is to be filed by December 1, 2017. The dismissal or notice has not been filed.

Plaintiff's counsel is to file the stipulated dismissal, **no later than December 13, 2017,** or notify the Court if settlement is no longer feasible.

**<u>Plaintiff's counsel is ordered to serve this minute order on all defendants within 24 hours from the date of this order.</u>**

IT IS SO ORDERED.

Initials of Preparer     cw